**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00249-CV

---

## SONFIELD & SONFIELD, P.C., ROBERT L. SONFIELD, ROBERT C. RHODES AND WILLIAM E. MCILWAIN, Appellants

### V.

## DIGERATI TECHNOLOGIES, INC., Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-06483**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 4, 2013. On February 14, 2014, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justice Jamison and Wise.